EL PASO NATURAL GAS COMPANY, a Delaware Corporation, Plaintiff–Appellant,

v.

Laura NEZTSOSIE; Arlinda Neztsosie, Defendants–Appellees.

Cyprus Foote Mineral Company, a Pennsylvania Corporation; Cyprus Amax Mineral Company, a Delaware Corporation, Plaintiffs–Appellants,

v.

Zonnie Marie Dandy Richards, individually and as representative of the Estate of Harold J. Richards, Sr., Defendant–Appellee.

Nos. 96–17121, 96–17139.

United States Court of Appeals, Ninth Circuit.

July 2, 1999.

Before: PREGERSON, FERGUSON, and KLEINFELD, Circuit Judges.

### ORDER

The judgement of this court, 136 F.3d 610, is reversed and the case is remanded to the district court for further proceedings consistent with the decision of the Supreme Court of the United States in *El Paso Natural Gas Co., et al. v. Neztsosie, et al.*, 526 U.S. ——, 119 S.Ct. 1430, 143 L.Ed.2d 635 (1998).

SO ORDERED.

David WILLIS, Plaintiff–Appellant,

v.

PACIFIC MARITIME ASSOCIATION; International Longshoremen's & Warehousemen's Union, Local #10; International Longshoremen's and Warehousemen's Union, Defendants–Appellees.

Paul Gomez, Plaintiff–Appellant,

v.

Pacific Maritime Association; International Longshoremen's & Warehousemen's Union, Local #10; International Longshoremen's and Warehousemen's Union, International Longshoremen's & Warehousemen's Union, Local #34, Defendants–Appellees.

Nos. 97–16778, 97–16779.

United States Court of Appeals, Ninth Circuit.

July 6, 1999.

Before: ALARCON, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

### ORDER

Issuance of the mandate in these matters will be deferred until this court has determined whether to grant a petition for rehearing or a petition for a rehearing en banc in *Barnett v. U.S. Air, Inc.*, 157 F.3d 744 (9th Cir.1998). If a petition for a rehearing is granted in that matter, the mandate will not issue in these cases until this court enters its final judgment in *Barnett v. U.S. Air, Inc.*